UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ronald A. Arthur,

        Plaintiff,                      Civil No. 09-3043 (RHK/JSM)

vs.

**ORDER**

Warden Wendy J. Roal,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 2, 2009

                                                                 s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge