# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Ronald A. Arthur,                                    Civil No. 09-3043 (RHK/JSM)

      Petitioner,                                **ORDER**

v.

Warden Wendy J. Roal,

      Respondent.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 6, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 19) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

3. The Motion for Judgment on the Pleadings (Doc. No. 13) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge